Certificate Number: 00437-PAM-DE-031011918

Bankruptcy Case Number: 13-01953


00437-PAM-DE-031011918

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 10, 2018, at 8:51 o'clock AM MDT, Niel J. Nielsen completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 10, 2018

By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor