In re:
Niel J. Nielsen
Patricia A. Nielsen
            Debtors

Case No. 13-01953-JJT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: JGoodling        Page 1 of 2        Date Rcvd: May 11, 2018
                           Form ID: 3180W          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
```
db/jdb     +Niel J. Nielsen,   Patricia A. Nielsen,   113 West Shore Drive,   Milford, PA 18337-4243
cr         +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
            3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
4348566    +Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
4295988    +Citi Cards,   Citigroup,   PO Box 790345,   Saint Louis, MO 63179-0345
4295989    +Client Services, Inc.,   3451 Harry S. Truman Blvd.,   St. Charles, MO 63301-9816
4361573     ELAN FINANCIAL SERVICES AS SERVICER,   FOR WAYNE BANK,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
            CINCINNATI, OH 45201-5229
4295983    +Joseph Nielsen,   113 West Shore Drive,   Milford, PA 18337-4243
4295995    +Michael P. Lehutsky,   613 Main Street,   Honesdale, PA 18431-1887
4295996    +Nationwide Credit, Inc.,   P.O. Box 26314,   Lehigh Valley, PA 18002-6314
4443890    +PennyMac Loan Services, LLC,   6101 Condor Drive,   Suite 200,   Moorpark, CA 93021-2602
4443891    +PennyMac Loan Services, LLC,   6101 Condor Drive,   Suite 200,   Moorpark, CA 93021,
            PennyMac Loan Services, LLC,   6101 Condor Drive 93021-2602
4310901    +The Dime Bank,   c/o Michael P. Lehutsky, Esquire,   613 Main Street,
            Honesdale, PA 18431-1887
4295997    +The Dime Bank,   820-822 Church Street,   Honesdale, PA 18431-1851
4306889    +VNB Loan Services, Inc.,   a subsidiary of Valley Bank,   747 Chestnut Ridge Road,   Suite 201,
            Chestnut Ridge, NY 10977-6225
4295998    +Valley Loan Services, Inc.,   747 Chestnut Ridge Road St,   Chestnut Ridge, NY 10977-6224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4295984    +EDI: GMACFS.COM May 11 2018 22:58:00    Ally Bank,   P.O. Box 13625,
            Philadelphia, PA 19101-3625
4319993     EDI: GMACFS.COM May 11 2018 22:58:00    Ally Financial,   PO Box 130424,
            Roseville, MN 55113-0004
4295985     EDI: BANKAMER.COM May 11 2018 22:58:00    Bank of America, N.A.,   4161 Piedmont Pkwy,
            Greensboro, NC 27410
4295986    +EDI: TSYS2.COM May 11 2018 22:58:00    Barclay Bank US,   Card Services,   P.O. Box 8801,
            Wilmington, DE 19899-8801
4295987    +EDI: CHASE.COM May 11 2018 22:58:00    Cardmember Services,   PO Box 15153,
            Wilmington, DE 19886-5153
4295990     EDI: DISCOVER.COM May 11 2018 22:58:00    Discover Financial Services,   P.O. Box 30957,
            Salt Lake City, UT 84130
4299095     EDI: DISCOVER.COM May 11 2018 22:58:00    Discover Bank,   DB Servicing Corporation,
            PO Box 3025,   New Albany, OH  43054-3025
4295991    +EDI: HFC.COM May 11 2018 22:58:00    Household Bank Mastercard,   P.O. Box 80084,
            Salinas, CA 93912-0084
4295992    +EDI: IRS.COM May 11 2018 22:58:00    Internal Revenue Serv. PA,   P.O. Box 21126,
            Philadelphia, PA 19114-0326
4295994    +EDI: TSYS2.COM May 11 2018 22:58:00    Juniper Card Services,   P.O. Box 13337,
            Philadelphia, PA 19101-3337
4335787    +EDI: OPHSUBSID.COM May 11 2018 22:59:00    OAK HARBOR CAPITAL VII, LLC,
            C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4361957     EDI: PRA.COM May 11 2018 22:58:00    Portfolio Recovery Associates, LLC,   PO Box 12914,
            Norfolk VA 23541
4315250     EDI: RECOVERYCORP.COM May 11 2018 22:58:00    Recovery Management Systems Corporation,
            25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4377782    +EDI: WFFC.COM May 11 2018 22:58:00    Wells Fargo,   P.O. Box 25341,
            Santa Anna, CA 92799-5341
4314302     EDI: WFFC.COM May 11 2018 22:58:00    Wells Fargo Bank NA,   PO Box 10438,
            Des Moines IA 50306-0438
4295999    +EDI: WESTASSET.COM May 11 2018 22:58:00    West Asset Management, Inc.,   P.O. Box 790113,
            Sst. Louis, MO 63179-0113
                                                                          TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Ally Financial,   P.O. Box 130424,   Roseville, MN 55113-0004
4295993*   +Joseph Nielsen,   113 West Shore Drive,   Milford, PA 18337-4243
                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese   on behalf of Creditor    PennyMac Loan Services, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com
              Jill  Manuel-Coughlin   on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill  Manuel-Coughlin   on behalf of Creditor    PennyMac Loan Services, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Joshua I Goldman   on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark E. Moulton   on behalf of Debtor 1 Niel J. Nielsen markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark E. Moulton   on behalf of Debtor 2 Patricia A. Nielsen markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Recovery Management Systems Corporation   claims@recoverycorp.com
              Regina  Cohen   on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Thomas I Puleo   on behalf of Creditor    PennyMac Loan Services, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 11

| Debtor 1 | **Niel J. Nielsen** | | Social Security number or ITIN | **xxx–xx–8313** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Patricia A. Nielsen** | | Social Security number or ITIN | **xxx–xx–6391** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Middle District of Pennsylvania**

Case number: **5:13–bk–01953–JJT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Niel J. Nielsen
aka Niel Nielsen

Patricia A. Nielsen
aka Patricia Nielsen, aka Pat Neilsen, aka Patricia Stefani, aka Patricia A. Stefani

**By the court:**

May 11, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: JGoodling, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**