```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 13-01953-JJT
Niel J. Nielsen                                                 Chapter 13
Patricia A. Nielsen
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5        User: JGoodling          Page 1 of 1         Date Rcvd: Jul 16, 2018
                            Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db/jdb       +Niel J. Nielsen,   Patricia A. Nielsen,   113 West Shore Drive,   Milford, PA 18337-4243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    PennyMac Loan Services, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Joshua I Goldman    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark E. Moulton    on behalf of Debtor 1 Niel J. Nielsen markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Mark E. Moulton    on behalf of Debtor 2 Patricia A. Nielsen markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Regina Cohen    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Thomas I Puleo    on behalf of Creditor    PennyMac Loan Services, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Niel J. Nielsen,<br>aka Niel Nielsen, | Chapter    13 |
| **Debtor 1** | Case No.    5:13–bk–01953–JJT |
| Patricia A. Nielsen,<br>aka Patricia Nielsen, aka Pat Neilsen, aka Patricia Stefani, aka Patricia A. Stefani, | |
| **Debtor 2** | |

Social Security No.:
xxx–xx–8313     xxx–xx–6391

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  July 16, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk

**fnldec** (05/18)